# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:17-CV-00326-RJC-DSC

| | |
|---|---|
| **WINESTORE HOLDINGS, LLC,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) |
| | ) |
| **JUSTIN VINEYARDS & WINERY, LLC,** et. al., | ) ) ) |
| | ) |
| **Defendants.** | ) |

**THIS MATTER** is before the Court on the "Motion[s] for Admission Pro Hac Vice and Affidavits[s] [for Michael M. Vasseghi and J. P. Pecht]" (documents ## 9-10) filed October 5, 2017. For the reasons set forth therein, the Motions will be granted.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Robert J. Conrad, Jr..

**SO ORDERED**.

Signed: October 5, 2017

_____
David S. Cayer
United States Magistrate Judge